No. 98–7695.  PATTERSON v. LEWIS ET AL.  Cir. Ct. Kanawha County, W. Va.  Certiorari denied.

No. 98–7696.  SANBORN v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 98–7697.  LACY v. AMERITECH MOBILE COMMUNICATIONS, INC.  C. A. 7th Cir.  Certiorari denied.

No. 98–7698.  McCRAY v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 98–7699.  MOORE v. REYNOLDS, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 98–7701.  JASON v. SEATTLE UNIVERSITY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–7702.  BRUMFIELD v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 98–7703.  LARREA v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 98–7716.  JONES v. HUBBARD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–7717.  MORRIS v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 98–7719.  JOHNSTON v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–7722.  WENGER v. CANASTOTA CENTRAL SCHOOL DISTRICT ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 98–7726.  VAUGHN v. MINNESOTA ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 98–7727.  SIKORA v. HOPKINS, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.